IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JON B. TIGGES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:20-cv-00410-JAG |
| | ) |
| RALPH NORTHAM *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS**

Defendants Drs. Ralph Northam and Norman Oliver,[1] by counsel, move to dismiss the complaint in its entirety for lack of jurisdiction under Fed. Rule Civ. P. 12(b)(1) and failure to state a claim under Fed. Rule Civ. P. 12(b)(6). For reasons more fully stated in the accompanying memorandum of law in support of this motion, defendants respectfully request that this Court:

- Dismiss all state-law claims against both defendants because relief is barred by the Eleventh Amendment;

- Dismiss all federal claims against Governor Ralph Northam because he does not have a role in enforcing the challenged restrictions and thus relief is barred by the Eleventh Amendment;

- Dismiss the claims based on expired restrictions as moot; and

---

[1] The Complaint's caption inaccurately names Dr. Oliver as "Normal" Oliver. As properly reflected on the docket, his name is "Norman" Oliver.

1

- Dismiss the claims based on existing restrictions because plaintiff fails to state a claim on which relief can be granted.

Respectfully submitted,

**HONORABLE GOVERNOR DR. RALPH S. NORTHAM AND THE HONORABLE COMMISSIONER DR. M. NORMAN OLIVER**

By: */s/ Michelle S. Kallen*
Michelle S. Kallen (VSB No. 93286)

Mark R. Herring
 *Attorney General*

Erin B. Ashwell (VSB No. 79538)
 *Chief Deputy Attorney General*

Samuel T. Towell (VSB No. 71512)
 *Deputy Attorney General*

Toby J. Heytens (VSB No. 90788)
 Solicitor General

Martine E. Cicconi (VSB No. 94542)
 *Deputy Solicitor General*

Jessica Merry Samuels (VSB No. 89537)
 *Assistant Solicitor General*

Zachary R. Glubiak (VSB No. 93984)
 *John Marshall Fellow*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7773 – Telephone
(804) 371-0200 – Facsimile
solicitorgeneral@oag.state.va.us

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2020, a true and accurate copy of this paper was filed electronically with the Court's CM/ECF system, which will then send a notification of such filing to the parties.

                                                                  */s/ Michelle S. Kallen*
                                                                  Michelle S. Kallen