CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET

DATE: 7/20/20

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>Jon B. Tigges<br>v.<br>Ralph S. Northam, et al. | CASE NO: 3:20cv410<br><br>JUDGE: Gibney<br><br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING ( X )
OTHER:

APPEARANCES: Parties by ( X )/with ( ) counsel

Motion Hearing: Motion for Preliminary Injunction

**PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) Court ( )
OPENING STATEMENTS MADE ( ) OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE (✓) *
DEFENDANT(S) ADDUCED EVIDENCE (✓) RESTED ( ) MOTION ( ) _____
EVIDENCE CONCLUDED ( ) ARGUMENTS OF COUNSEL HEARD ( x )

CASE CONTINUED UNTIL
ADDITIONAL NOTATIONS:

*Testimony - Jon Tigges
          Dr. Lillian Peake

Dft Exh 1 - complaint
Pltf Exh 1 - Executive proclamation

The court denies the mot. for prel. inj. The defendant has 7 days to file an answer the complaint. A hearing on the mot. to dismiss is set for Aug 3 at 1:30pm. Bench trial is set for Aug. 27 at 9:00 a.m.

John Petersen, David Amos
_____
Counsel for Plaintiff(s)

Michelle Kallen, Sam Towell, Toby Heytens
_____
Counsel for Defendant(s)

| SET:<br>2:00 pm | BEGAN:<br>2:01 pm | ENDED:<br>3:11 pm | TIME IN COURT:<br>1:10 |
|---|---|---|---|



# COMMONWEALTH of VIRGINIA
## Executive Department

## Proclamation

In accordance with the provisions of Article IV, Section 6, and Article V, Section 5, of the Constitution of Virginia and the powers thereby vested in the Governor to call a Special Session of the General Assembly;

I, Ralph S. Northam, Governor of Virginia, do hereby summon the members of the Senate and the House of Delegates, constituting the General Assembly of Virginia, to meet in Special Session commencing the eighteenth day of August, two thousand twenty, for the purpose of adopting a budget based on the revised revenue forecast and consideration of legislation related to the emergency of COVID-19 and criminal and social justice reforms.

Given under my hand as Governor of Virginia, and under the Lesser Seal of the Commonwealth, at Richmond, this seventeenth day of July, two thousand and twenty, and in the two hundred and forty-fifth year of the Commonwealth.



Ralph S. Northam
Governor of Virginia

By the Governor of Virginia

Kelly Thomasson
Secretary of the Commonwealth

PX 1
JG. 20 July 2020